GOTHAM MUSIC SERVICE, INC., et al., Respondents, *v.* DENTON AND HASKINS MUSIC PUBLISHING CO., INC., Appellant.

(Submitted November 16, 1931; decided November 24, 1931.)

*Samuel Jesse Buzzell* for motion.

*Abner Greenberg* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.